COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

NO. 02-12-00341-CV

 

 


 
 
 In the Interest of D.S.B., A Child
 
 
  
 
 
  
 
 


 

 

----------

FROM THE 323rd
District Court OF Tarrant COUNTY

----------

MEMORANDUM
OPINION[1]

----------

            Appellant
Father attempts to appeal from a June 14, 2012 order terminating his
parental rights to his son, D.S.B.  On August 22, 2012, we notified Father
of our concern that we lack jurisdiction over this accelerated appeal because
the notice of appeal was due July 5, 2012, but was not filed until August 17,
2012.  See Tex. R. App. P. 26.1(b); see also Tex. R. App. P.
28.1(b) (providing that a post-trial motion will not extend the time to perfect
an accelerated appeal); In re K.A.F., 160 S.W.3d 923, 927 (Tex.), cert.
denied, 546 U.S. 961 (2005) (reasoning that a rule 26.1(a) motion will not
extend the deadline to file notice of an accelerated appeal).  We informed
Father that this appeal may be dismissed for want of jurisdiction unless he or
any party desiring to continue the appeal filed with the court on or before
September 4, 2012, a response showing grounds for continuing the appeal. 
Father did not file a response.  Accordingly, we dismiss this appeal for want
of jurisdiction.  See Tex. R. App. P. 43.2(f).

 

PER CURIAM

 

PANEL: 
MEIER, J.; LIVINGSTON,
C.J.; and GABRIEL, J.

 

DELIVERED:  October 11, 2012

 



 

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00341-CV

 

 


 
 
 In
 the Interest of D.S.B., A Child
  
  
  
  
  
  
 
 
 §
  
 §
  
 §
  
 §
 
 
 From the 323rd District
 Court
  
 of
 Tarrant County (323-94998J-11)
  
 October
 11, 2012
  
 Per
 Curiam
 
 


 

 

JUDGMENT

 

          This
court has considered the record on appeal in this case and holds that the
appeal should be dismissed.  It is ordered that the appeal is dismissed for
want of jurisdiction.

 

SECOND DISTRICT COURT OF APPEALS 

 

 

PER CURIAM

 

 









[1]See Tex. R. App. P. 47.4.